# RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*ADMITTED IN NY, NJ AND MD

July 17, 2023

By: ECF
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Building Service 32BJ Health Fund v.
     Triple Canopy Inc.
     SDNY Docket No. 23-CV-1933 (PAE)

Dear Judge Engelmayer,

     The following request is submitted pursuant to section 1.F. of Your Honor's Individual Rules of Practice, requesting an adjournment of the Initial Pretrial Conference presently scheduled for July 20, 2023, at 11:00 a.m. The parties propose that the conference be rescheduled to August 17, 2023. This is a first request for adjournment. All parties join in this request. The parties are in serious settlement discussions and hope to resolve the matter before the next conference date. The parties further request that the date to submit a proposed case management plan also be extended.

Respectfully submitted,

Ira A. Sturm

Cc:  David Pixley, Esq. (By: ECF)

The Court reschedules the initial pretrial conference to August 17, 2023, at 10am.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
July 17, 2023